IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES CUNEO; MARY CUNEO,  )
                          )
            Plaintiffs,   )   2:08-cv-01633-GEB-JFM
                          )
       v.                 )   ORDER[*]
                          )
SEARS, ROEBUCK AND CO., et al., )
                          )
            Defendants.   )
_____)

Plaintiffs move for an order, based on argument only, that would hold that the "personal reason exception" adopted in Heninger v. Dunn, 101 Cal. App. 3d 858, 864 (1980), governs the tort damages they seek in this action as a matter of law. Defendants counter that the measure of damages depends on factual determinations to be made by a jury based on the evidence presented at trial. Since an award of damages under the "personal reason exception" must be justified by the particular facts of the case and the facts have not been developed in

///

///

---

[*] This matter was determined to be suitable for decision without oral argument. E.D. Cal. R. 78-230(h).

1

1  the record, Plaintiffs' motion is denied.  Braun v. Agri-Systems, 2006
2  U.S. Dist. LEXIS 29947, at *51 (E.D. Cal. 2006).
3  Dated:  August 6, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge