IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES CUNEO; MARY CUNEO,                 )
                                         )      2:08-cv-01633-GEB-JFM
                    Plaintiff,           )
                                         )
          v.                             )      ORDER RE: SETTLEMENT
                                         )      AND DISPOSITION
SEARS, ROEBUCK AND CO.;                  )
HUSQVARNA PROFESSIONAL OUTDOOR           )
PRODUCTS, INC.                           )
                                         )
                    Defendants.          )
_____)

On September 23, 2009, the parties filed a Notice of Settlement in which they state "the parties to this action have reached a settlement." Therefore, a dispositional document shall be filed no later than October 13, 2009. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See L.R. 16-160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

The motions scheduled for hearing on September 28, 2009 at 9:00 a.m. are deemed withdrawn.

IT IS SO ORDERED.

Dated:  September 23, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

1