JOHN M. O'BRIEN [SBN 148757]
**JOHN M. O'BRIEN & ASSOCIATES, P.C.**
9401 E. Stockton Boulevard, Suite 225
Elk Grove, CA 95624
Telephone: (916) 714-8200
Facsimile: (916) 714-8201

Attorneys for Plaintiffs JAMES CUNEO; MARY CUNEO

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CUNEO; MARY CUNEO,<br><br>    Plaintiffs,<br><br> vs.<br><br>SEARS, ROEBUCK AND CO., et al.,<br><br>    Defendants. | Case no: 2:08-CV-01633-GEB-JFM<br><br>ORDER TO EXTEND DEADLINE FOR FILING DISPOSITIONAL DOCUMENT |

The Court, having considered plaintiffs' Ex Parte Application to Extend Deadline for Filing Dispositional Document hereby finds that there is good cause to grant such application.

IT IS SO ORDERED:

The deadline to file a dispositional document is hereby extended to November 3, 2009.

Dated: October 14, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

1